UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIA COWAN,

    Plaintiff,

v.                                         Case No: 8:23-cv-1690-CEH-AAS

LINCARE INC.,

    Defendant.
_____/

## ORDER

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on July 25, 2024 (Doc. 45). In the Report and Recommendation, Magistrate Judge Sansone recommends that the parties' Joint Motion for Order Approving Settlement and Dismissing Case with Prejudice (Doc. 44) be granted. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

**ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 45) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Order Approving Settlement and Dismissing Case with Prejudice (Doc. 44) is **GRANTED**.

(3) The settlement agreement (Doc. 44-1) is accepted, adopted, and approved by the Court, and the parties are ordered to execute the settlement agreement and comply with the terms of the executed settlement agreement.

(4) This action is **DISMISSED with prejudice**.

(5) The Clerk is directed to terminate all pending deadlines and to close this case.

**DONE AND ORDERED** at Tampa, Florida on August 16, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record